Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC, TD Auto Finance, LLC,<br><br>　　　Defendants. | CASE NO.  2:22-cv-01338-RFB-VCF<br><br>**Stipulation and Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Complaint**<br><br>**(First Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Shawn Walker's complaint is due September 9, 2022.  Chase has requested, and Plaintiff has agreed, that Chase have up to and including September 23, 2022, to respond to Plaintiff's complaint, to provide time for Chase to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: September 9, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>(702) 337-2322<br>mk@kindlaw.com |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-19-2022

## CERTIFICATE OF SERVICE

I certify that on September 9, 2022, and pursuant to FRCP 5, a true copy of the foregoing Stipulation to Extend Time to Respond to Complaint was filed via the Court's CM/ECF System and electronically served by the Court on all parties.

/s/ M.K. Carlton
An Employee of Ballard Spahr

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070