Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
T: (702) 337-2232
F: (702) 329-5881
E: mk@kindlaw.com

*Attorney for Plaintiff*
*Shawn Walker*

Brody R. Wight, Esq.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
T: (470) 832-5586
F: (404) 962-6800
E: brody.wight@troutman.com

*Attorney for Defendant*
*CoreLogic Credco, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Shawn Walker,<br><br>           Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC and TD Auto Finance, LLC,<br><br>           Defendants. | Case No.  2:22-cv-01338-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Shawn Walker and Defendant CoreLogic Credco, LLC ("Credco") hereby stipulate to extend the time for Credco to respond to Plaintiff's Complaint by Thirty (30) days from September 12, 2022 to October 12, 2022.  The parties request the proposed extension while they further investigate the facts of this matter to allow Credco to fully and accurately respond to the Complaint. The parties enter this stipulation in good faith and not out of a desire to harass or delay the litigation of this action.

Dated: September 12, 2022   Respectfully submitted,

KIND LAW

By: */s/ Michael Kind*
    Michael Kind

*Attorney for Plaintiff*
Shawn Walker

Dated: September 12, 2022   Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Brody R. Wight*
    Brody R. Wight

*Attorney for Defendant*
CoreLogic Credco, LLC

## ORDER

Having considered the Stipulation of the parties, and good cause appearing, the Court grants the request to extend CoreLogic Credco, LLC's deadline to respond to the Complaint from September 12, 2022 to October 12, 2022.

**IT IS SO ORDERED.**

DATED: 9-19-2022

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

129787555