CARLETON R. BURCH
Nevada Bar No. 10527
crb@amclaw.com
BRIAN L. BRADFORD
Nevada Bar No. 09518
blb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
601 S. Seventh Street
Las Vegas, Nevada 89101
TELEPHONE: (702) 479-1010 ♦ FACSIMILE: (702) 479-1025

Attorneys for First United Credit Union

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SHAWN WALKER, | Case No. 2:22-cv-01338-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST UNITED CREDIT UNION TO RESPOND TO COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, ALLY FINANCIAL, INC.; CAPITAL ONE SERVICES, LLC; FIRST UNITED CREDIT UNION; BANK OF AMERICAN, N.A.; CARMAX AUTO SUPERSTORES, INC.; JPMORGAN CHASE BANK, N.A.; CORELOGIC CREDCO, LLC; AND TD AUTO FINANCE LLC;, | |
| Defendants. | |

WHEREAS Defendant First United Credit Union was served on or about August 22, 2022;

WHEREAS by way of conferring on September 9, 2022, the parties agreed to extend the time in which First United Credit Union would have to respond to the complaint through and including September 26, 2022;

/ / /

/ / /

2605435.1 02985-673

WHEREAS the parties respectfully request that this court enter its order consistent with this stipulation, extending the time of First United Credit Union to respond to September 26, 2022;

**IT IS SO STIPULATED**.

September 14, 2022

ANDERSON, McPHARLIN & CONNERS LLP

By [signature]

Carleton R. Burch
Nevada Bar No. 10527
Brian L. Bradford
Nevada Bar No. 9518
601 S. Seventh Street
Las Vegas, Nevada  89101
Attorneys for Defendant First United Credit Union

September 14, 2022

KIND LAW

By /s/ Michael Kind

Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, NV  89123
Attorneys for Plaintiff Shawn Walker

IT IS SO ORDERED.

[signature]

Cam Ferenbach
United States Magistrate Judge

DATED 9-19-2022

2

2605435.1 02985-673

# Maria P. Collins

| | |
|---|---|
| **To:** | Brian L. Bradford |
| **Subject:** | Shawn Walker v. Equifax, etc. et al USDC Nev. Case no. 2:22-cv-01338-RFB; Representation of 1st United Credit Union |

**From:** Michael Kind <mk@kindlaw.com>
**Sent:** Wednesday, September 14, 2022 9:57 AM
**To:** Brian L. Bradford <BLB@amclaw.com>
**Subject:** Re:Re: RE: **EXTERNAL** Re:[## 4304 ##] Shawn Walker v. Equifax, etc. et al USDC Nev. Case no. 2:22-cv-01338-RFB; Representation of 1st United Credit Union

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Hi Brian,

Sorry that I am getting back to you so late.

Yes, you may use my signature for the stipulation. Although, there appears to be an extra page on my end.

Thank you,

Sent on behalf of:

Michael Kind, Esq.



8860 S. Maryland Parkway, Suite 106, Las Vegas, Nevada 89123
Direct: (702) 337-2322
Toll Free: (844) 399-KIND (5463)
Fax: (702) 329-5881
https://kindlaw.com

CONFIDENTIALITY NOTICE AND WARNING:
This email (including all attachments) is privileged and may contain confidential information that is only intended to be viewed by intended recipients. If you received this email in error, please notify me immediately and delete the message. I do not waive any rights, privileges, or the confidentiality of the email's content. Any dissemination of this communication is strictly prohibited, without my written consent. Thank you for your cooperation.

---- on Tue, 13 Sep 2022 10:08:56 -0700 **"Brian L. Bradford"<blb@amclaw.com>** wrote ----

> Michael:
>
> Just following up from yesterday's email and phone call to confirm that you are okay with filing the SAO to Extend Time for First United to Respond to Complaint sent yesterday. Please let me know if you need me to retransmit the SAO for your review. If at all possible, we would like to get this on file today as to not raise the ire of the district court judge. Thank you again for your professional courtesy.

1

Brian L. Bradford, Partner

ANDERSON, MCPHARLIN & CONNERS LLP

601 South Seventh Street

Las Vegas, Nevada 89101

Main Tel: (702) 479-1010/Fax:  (702) 479-1025

Direct: (725) 204-8492

blb@amclaw.com

www.amclaw.com

