Jeff Silvestri, Esq. (NSBN 5779)
Karyna M. Armstrong, Esq. (NSBN 16044)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant,Capital One Bank (USA), N.A., erroneously sued as "Capital One Services, LLC"*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, | Case No. 2:22-cv-01338-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC and TD Auto Finance, LLC., | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rules 6-1 and 6-2, defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as "Capital One Services, LLC," and plaintiff Shawn Walker ("Plaintiff"), by and through their counsel of record, hereby submit this Stipulation To Extend Capital One's Time to Respond to Plaintiff's Complaint, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter in this Court on August 17, 2022;

2. Capital One was served with the Complaint on August 19, 2022, which provided for a responsive pleading deadline of September 9, 2022;

///

3. Capital One conferred with counsel for Plaintiff regarding Capital One's initial findings and request for information, which may have an impact on whether an early resolution is available before incurring further litigation costs;

4. While the parties continue to discuss, and Capital One continues to research Plaintiff's allegations, the parties agreed to an extension for Capital One to file its response to the Complaint, such that the responsive pleading deadline would be October 10, 2022;

5. This is the first extension sought in connection with this deadline;

6. This extension is requested to allow the parties time to continue investigating Plaintiff's claims and exploring the potential for an early resolution; and

7. Neither Plaintiff nor any other party to this action will be prejudiced by the Court granting Capital One the requested relief. Also, the requested extension is not for the purposes of unnecessary delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before October 10, 2022.

| | |
|---|---|
| DATED: September 16, 2022 | DATED: September 16, 2022 |
| KIND LAW | MCDONALD CARANO LLP |
| By: /s/ *Michael Kind* <br> Michael Kind (NSBN 13903) <br> 8860 South Maryland Parkway, Ste. 106 <br> Las Vegas, Nevada 89123 <br> mk@kindlaw.com <br><br> *Attorneys for Plaintiff Shawn Walker* | By: /s/ *Jeff Silvestri* <br> Jeff Silvestri (NSBN 5779) <br> Karyna M. Armstrong (NSBN 16044) <br> 2300 West Sahara Avenue, Ste. 1200 <br> Las Vegas, Nevada 89102 <br> jsilvestri@mcdonaldcarano.com <br> karmstrong@mcdonaldcarano.com <br><br> *Attorneys for Defendant, Capital One Bank (USA), N.A., erroneously sued as "Capital One Services, LLC"* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-19-2022