Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
T: (702) 337-2232
F: (702) 329-5881
E: mk@kindlaw.com

*Attorney for Plaintiff*
*Shawn Walker*

Brody R. Wight, Esq.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
T: (470) 832-5586
F: (404) 962-6800
E: brody.wight@troutman.com

*Attorney for Defendant*
*Ally Financial Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Shawn Walker | Case No.  2:22-cv-01338-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC and TD Auto Finance, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff Shawn Walker and Defendant Ally Financial Inc. ("Ally") hereby stipulate to extend the time for Ally to respond to Plaintiff's Complaint by Thirty (30) days from September 9, 2022 to October 10, 2022. The parties request the proposed extension while they further investigate the facts of this matter to allow Ally to fully and accurately respond to the Complaint. The parties enter this stipulation in good faith and not out of a desire to harass or delay the litigation of this action.

Dated: September 8, 2022    Respectfully submitted,

KIND LAW

By: */s/ Michael Kind*
    Michael Kind

    *Attorney for Plaintiff*
    Shawn Walker

Dated: September 8, 2022    Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Brody R. Wight*
    Brody R. Wight

    *Attorney for Defendant*
    Ally Financial Inc.

## **ORDER**

Having considered the Stipulation of the parties, and good cause appearing, the Court grants the request to extend Ally Financial Inc.'s deadline for responding to the Complaint from September 9, 2022 to October 10, 2022.

**IT IS SO ORDERED.**

DATED: 9-19-2022

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

- 3 -

129645817