Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC, TD Auto Finance, LLC,<br><br>    Defendants. | CASE NO. 2:22-cv-01338-RFB-VCF<br><br>**Stipulation and Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Complaint**<br><br>**(Third Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Shawn Walker's complaint is due October 5, 2022. Chase has requested, and Plaintiff has agreed, that Chase have up to and including October 14, 2022, to respond to Plaintiff's complaint, to provide time for Chase to continue investigating Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: October 5, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>(702) 337-2322<br>mk@kindlaw.com |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-6-2022