1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **KIND LAW**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
   (702) 329-5881 (fax)
6  mk@kindlaw.com
7  *Attorney for Plaintiff Shawn Walker*

8
   # UNITED STATES DISTRICT COURT
9  # DISTRICT OF NEVADA
10

11 Shawn Walker,                          Case No.: 2:22-cv-01338-RFB-VCF

12            Plaintiff,                   **Stipulation to extend deadline to file
13     v.                                  the ~~proposed~~ discovery plan and
                                           scheduling order**
14
   Equifax Information Services, LLC et
15 al.,                                    **(First request)**

16            Defendants.
17

18

19      Shawn Walker ("Plaintiff") and CoreLogic Credco, LLC, CarMax Auto
20 Superstores, Inc., 1st United Credit Union, Capital One, N.A. (erroneously sued as
21 Capital One Services, LLC), Ally Financial, Inc., and Trans Union, LLC
22 ("Defendants") (jointly as the "parties"), by and through their respective counsel,
23 hereby stipulate to  extend Local Rule 26-1's deadlines for the parties to hold their
24 initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and
25 scheduling order (the "Deadlines").

26      Good cause exists to extend the Deadlines. The Parties need additional time
27 for counsel to coordinate to set the discovery conference. The nature of Plaintiff's

STIPULATION                    - 1 -

claims (involving allegations of identity theft) and the amount of defendants named in this action require additional time to develop a suitable discovery plan. Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan. Therefore, it is appropriate to extend the deadlines for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

Parties therefore request to extend the Deadlines by 30 days, making the new deadline for the submission of a stipulated discovery plan and scheduling order on November 24, 2022. This is the first request for an extension of this deadline.

Dated: October 24, 2022.

KIND LAW

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

TROUTMAN PEPPER HAMILTON SANDERS LLP

 /s/ Brody Wight
Brody Wight, Esq.
Stephen Lozier, Esq.
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123
*Counsel for CoreLogic Credco, LLC and Ally Financial Inc.*

1

2

**SCHLICHTER & SHONACK, LLP**

 /s/  Jamie Keeton
3
Jamie Keeton, Esq.
2381 Rosecrans Ave., Ste 326
4
El Segundo, CA 90245
5
*Counsel for CarMax Auto Superstores, Inc.*

6
**ANDERSON, MCPHARLIN & CONNERS LLP**

7
 /s/  Brian Bradford
8
Brian Bradford, Esq.
Carleton R. Burch, Esq.
9
601 S. Seventh Street
10
Las Vegas, Nevada 89101
*Counsel for 1st United Credit Union*
11

12
**MCDONALD CARANO LLP**

13
 /s/  Jeff Silvestri
14
Jeff Silvestri, Esq.
Karyna Armstrong, Esq.
15
2300 West Sahara Avenue, Suite 1200
16
Las Vegas, NV 89102
*Counsel for Capital One, N.A. (erroneously sued as Capital One Services,*
17
*LLC)*
18

19
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

20
 /s/ Rachael Swernofsky
21
Rachael Swernofsky, Esq.
James Acosta, Esq.
22
6900 N. Dallas Parkway, Suite 800
23
Plano, TX 75024
*Counsel for Trans Union LLC*
24

25

26

27

STIPULATION                                        - 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SCHEDULING ORDER**

IT IS HEREBY ORDERED that the Scheduling Order is modified to extend the discovery deadlines as stated above.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:_____10-24-2022_____

STIPULATION                      - 4 -