WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC; ALLY FINANCIAL, INC.; CAPITAL ONE SERVICES, LLC; 1ST UNITED CREDIT UNION; BANK OF AMERICA, N.A.; CARMAX AUTO SUPERSTORES, INC., JPMORGAN CHASE BANK, N.S.; CORELOGIC CREDCO, LLC; TD AUTO FINANCE, LLC,<br><br>    Defendants. | Case No. 2:22-CV-01338-RFB-VCF<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint (First Request):

On August 17, 2022, Plaintiff filed his original Complaint [ECF No. 1]. The Summons to Defendants was issued on August 17, 2022 [ECF No. 3]. On September 1, 2022, Plaintiff sent BANA a request to waive service of summons [ECF No. 6]. BANA executed the waiver of service,

1  which made the initial deadline to respond to the original Complaint October 31, 2022 [ECF No.
2  6].
3         On October 26, 2022, Plaintiff filed his First Amended Complaint [ECF No. 53].  Pursuant
4  to Fed. R. Civ. P. 15(a)(3) the current deadline to respond is November 9, 2022.
5         BANA's counsel is still investigating the allegations raised in Plaintiff's original
6  Complaint and First Amended Complaint.  Further, Plaintiff and BANA have discussed extending
7  the deadline to November 30, 2022, in order to continue to explore early resolution opportunities.
8  On October 27, 2022, BANA received approval from Plaintiff's counsel to make the response due
9  November 30, 2022.
10        Based upon the foregoing, BANA respectfully requests that the Court extend the deadline
11 for BANA to file its response to Plaintiff's First Amended Complaint to November 30, 2022.  This
12 is the first request for extension of time for BANA to respond to Plaintiff's First Amended
13 Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice
14 to any other party.

Dated this 27th day of October, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 10-31-2022

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2022, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to the parties below:

Brian L. Bradford blb@amclaw.com

Brody R. Wight brody.wight@troutman.com, carla.llarena@troutman.com, erin.edwards@troutman.com, ethan.ostroff@troutman.com, evelyn.duarte@troutman.com, fslecfintake@troutman.com, Holly.Bossier@Troutman.com, LitigationDocketRequests@troutman.com, OCCcourtnotices@troutman.com, punit.marwaha@troutman.com

Carleton R. Burch crb@amclaw.com, amc@amclaw.com, blb@amclaw.com, kno@amclaw.com, lxa@amclaw.com, mpc@amclaw.com

David Ernesto Chavez chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com, lvdocket@ballardspahr.com

George Haines Ghaines@freedomlegalteam.com, 9310938420@filings.docketbird.com, igotnotices@freedomlegalteam.com

Gerardo Avalos gavalos@freedomlegalteam.com, 3523372420@filings.docketbird.com

Gia Marina gmarina@clarkhill.com, julmer@clarkhill.com, kking@clarkhill.com, tbain@clarkhill.com

Jamie Lynn Keeton jlk@sandsattorneys.com, acz@sandsattorneys.com, jamie.keeton@gmail.com, kab@sandsattorneys.com

Jeffrey A Silvestri jsilvestri@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com, caramiagerard@gmail.com, cgerard@mcdonaldcarano.com, ksurowiec@mcdonaldcarano.com

Karyna Armstrong karmstrong@mcdonaldcarano.com, mcarter@mcdonaldcarano.com

Kurt R. Bonds efile@alversontaylor.com, kbonds@alversontaylor.com, pstephenson@alversontaylor.com

Michael Kind mk@kindlaw.com, 9868081420@filings.docketbird.com

Rachael Swernofsky rswernofsky@qslwm.com, jacosta@qslwm.com, kmclemore@qslwm.com

　　　　　　　　　　　　　　　　　　　　　　*/s/ Tonya Sessions*
　　　　　　　　　　　　　　　　　　　　　　An employee of Wright Finlay & Zak LLP