1  Joel E. Tasca
   Nevada Bar No. 14124
2  David E. Chavez
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorneys for Defendant JPMorgan Chase
   Bank, N.A.*

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11  Shawn Walker, an individual,           CASE NO.  2:22-cv-01338-RFB-VCF

12        Plaintiff,                        **Stipulation and Order to Extend
                                            JPMorgan Chase Bank, N.A.'s Deadline to
13  v.                                      Respond to Plaintiff's Complaint**

14  Equifax Information Services, LLC,      **(Sixth Request)**
    Experian Information Solutions, Inc.,
15  Trans Union, LLC, Ally Financial, Inc.,
    Capital One Services, LLC, 1st United
16  Credit Union, Bank of America, N.A.,
    CarMax Auto Superstores, Inc., JPMorgan
17  Chase Bank, N.A., CoreLogic Credco, LLC,
    TD Auto Finance, LLC,
18
          Defendants.
19

20        Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff

21  Shawn Walker's complaint is due November 9, 2022.  Chase has requested, and

22  Plaintiff has agreed, that Chase have up to and including November 23, 2022, to

23  respond to Plaintiff's complaint, to provide time for the parties to continue discussing

24  a potential early resolution of plaintiff's claims.  Further, Chase's counsel spent time

25  away from work this past week and weekend to facilitate the transfer of his nephew

26  from Summerlin Hospital to Primary Children's Hospital in Salt Lake City, Utah, to

27  address a medical episode stemming from counsel's nephew's childhood leukemia.

28  This time away from work inhibited counsel's ability to engage with plaintiff

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #404971890 v1

regarding the parties' settlement efforts.

This is the sixth request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  November 9, 2022

BALLARD SPAHR LLP                              FREEDOM LAW


By:  /s/ David E. Chavez                        By:  /s/ Gerardo Avalos
Joel E. Tasca                                   Gerardo Avalos
Nevada Bar No. 14124                            Nevada Bar No. 15171
David E. Chavez                                 8985 S Eastern Ave, Suite 350
Nevada Bar No. 15192                            Las Vegas, NV 89123
1980 Festival Plaza Drive, Suite 900            702-880-5554
Las Vegas, Nevada 89135                         gavalos@freedomlegalteam.com

*Attorneys for Defendant JPMorgan*              *Attorney for Plaintiff*
*Chase Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:  _____11-14-2022_____