Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, | Case No.: 2:22-cv-01338-RFB-VCF |
| Plaintiff, | **Stipulation to extend deadline to file the ~~proposed~~ discovery plan and scheduling order** |
| v. | |
| Equifax Information Services, LLC et al., | **(Second request)** |
| Defendants. | |

Shawn Walker ("Plaintiff") and CoreLogic Credco, LLC, Ally Financial, Inc., Capital One Auto Finance, A Division of Capital One, N.A. (erroneously sued as "Capital One, N.A.") and Equifax Information Services, LLC ("Defendants") (jointly as the "parties"), by and through their respective counsel, hereby stipulate to extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

Good cause exists to extend the Deadlines. On October 26, 2022, Plaintiff filed its first amended complaint ("FAC"). On November 7, 2022, Defendant Ally Financial, Inc. was the first defendant to file its answer to Plaintiff's FAC. Therefore,

the Parties need additional time for counsel to coordinate to set the discovery conference and for the remaining defendants to file their responses to Plaintiff's FAC. Additionally, the nature of Plaintiff's claims (involving allegations of identity theft) and the amount of defendants named in this action require additional time to develop a suitable discovery plan. Furthermore, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan. Therefore, it is appropriate to extend the deadlines for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

The Parties therefore request to extend the Deadline by 45 days from the date of Defendant Ally Financial, Inc.'s answer to Plaintiff's FAC, making the new deadline for the submission of a stipulated discovery plan and scheduling order on December 22, 2022. This is the second request for an extension of this deadline.


Dated: November 22, 2022.


**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 /s/ Stephen Lozier
Stephen Lozier, Esq.
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123
*Counsel for CoreLogic Credco, LLC*

1

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

2

 /s/ Ethan Ostroff_____

3

Ethan Ostroff, Esq.

8985 S. Eastern Ave., Ste 200

4

Las Vegas, NV 89123

5

*Counsel for Ally Financial Inc.*

6

**MCDONALD CARANO LLP**

7

8

/s/ Karyna Armstrong_____

9

Karyna Armstrong, Esq.

Jeff Silvestri, Esq.

10

2300 West Sahara Avenue, Suite 1200

11

Las Vegas, Nevada 89102

12

*Counsel for Capital One Auto Finance, A Division of Capital One, N.A.,*

13

*erroneously sued as Capital One, N.A.*

14

15

**CLARK HILL PLLC**

16

 /s/  Gia Marina_____

17

Gia Marina, Esq.

18

3800 Howard Hughes Drive, Suite 500

19

Las Vegas, Nevada 89160

*Counsel for Equifax Information Services, LLC*

20

21

22

23

24

25

26

27

**SCHEDULING ORDER**

      IT IS HEREBY ORDERED that the Scheduling Order is modified to extend the discovery deadlines as stated above.

                    IT IS SO ORDERED:

                    _____

                    UNITED STATES MAGISTRATE JUDGE

                          11-23-2022

                    DATED:_____