Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-01338-RFB-VCF<br><br>**Stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss the amended complaint [ECF No. 62] and for Defendant to submit its reply**<br><br>**(First request)** |

　　　Shawn Walker ("Plaintiff") and CoreLogic Credco, LLC ("Defendant") (and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss Plaintiff's amended complaint, filed on November 9, 2022. ECF No. 62. The parties also submit this stipulation to request an extension of time for Defendant to file its reply to Plaintiff's forthcoming response to Defendant's motion to dismiss. *Id.* This is the first request for an extension of these deadlines.

STIPULATION　　　　　　　　　　　　　　- 1 -

1  The extensions are sought because Plaintiff's counsel and Defendant's counsel require additional time, due to the upcoming holidays, to prepare an appropriate response and reply to the motion, respectively.

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **December 14, 2022**, and Defendant's reply to Plaintiff's opposition shall be due on or before **January 11, 2023**.

Dated: November 23, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawn Walker*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 /s/  Stephen Lozier
Stephen Lozier, Esq.
Brody Wight, Esq.
8985 S. Eastern Ave., Ste 200
Las Vegas, Nevada 89123
*Counsel for CoreLogic Credco, LLC*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
**United States District Court**
DATED:  November 28, 2022.