WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

## UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN WALKER, | Case No. 2:22-CV-01338-RFB-VCF |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC; ALLY FINANCIAL, INC.; CAPITAL ONE SERVICES, LLC; 1ST UNITED CREDIT UNION; BANK OF AMERICA, N.A.; CARMAX AUTO SUPERSTORES, INC., JPMORGAN CHASE BANK, N.S.; CORELOGIC CREDCO, LLC; TD AUTO FINANCE, LLC, | **(Second Request)** |
| Defendants. | |

1

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint (Second Request):

On August 17, 2022, Plaintiff filed his original Complaint [ECF No. 1]. The Summons to Defendants was issued on August 17, 2022 [ECF No. 3]. On September 1, 2022, Plaintiff sent BANA a request to waive service of summons [ECF No. 6]. BANA executed the waiver of service, which made the initial deadline to respond to the original Complaint October 31, 2022 [ECF No. 6].

On October 26, 2022, Plaintiff filed his First Amended Complaint [ECF No. 53]. On October 31, 2022, the Court granted BANA's Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint (First Request) [ECF No. 56], which extended the deadline for BANA to respond the First Amended Complaint to November 30, 2022.

On November 21, 2022, BANA sent Plaintiff's counsel correspondence regarding BANA's legal position in the case and proposal for resolution. Plaintiff is still reviewing the correspondence and proposal. However, BANA's national counsel is out of the country until December 6, 2022, and would like the opportunity to BANA's resolution proposal. On November, 30, 2022, Plaintiff approved BANA's request for an additional 14-day extension to respond to the First Amended Complaint, which would make the response due December 14, 2022.

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

1  Based upon the foregoing, BANA respectfully requests that the Court extend the deadline
2  for BANA to file its response to Plaintiff's First Amended Complaint to December 14, 2022. This
3  is the second request for extension of time for BANA to respond to Plaintiff's First Amended
4  Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice
5  to any other party.

Dated this 30th day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 12-9-2022

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2022, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to the parties below:

Jeffrey A Silvestri     jsilvestri@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com, caramiagerard@gmail.com, cgerard@mcdonaldcarano.com, ksurowiec@mcdonaldcarano.com

Kurt R. Bonds     efile@alversontaylor.com, kbonds@alversontaylor.com, pstephenson@alversontaylor.com

Darren T Brenner     dbrenner@wrightlegal.net, jcraig@wrightlegal.net, nvefile@wrightlegal.net

Brian L. Bradford     blb@amclaw.com, amc@amclaw.com, mpc1@amclaw.com

George Haines     Ghaines@freedomlegalteam.com, 9310938420@filings.docketbird.com, igotnotices@freedomlegalteam.com

Jory C. Garabedian     jgarabedian@wrightlegal.net, nvefile@wrightlegal.net, tsessions@wrightlegal.net

Carleton R. Burch     crb@amclaw.com, amc@amclaw.com, blb@amclaw.com, kno@amclaw.com, lxa@amclaw.com, mpc@amclaw.com

Jamie Lynn Keeton     jlk@sandsattorneys.com, acz@sandsattorneys.com, jamie.keeton@gmail.com, kab@sandsattorneys.com

Brody R. Wight     brody.wight@troutman.com, Holly.Bossier@Troutman.com, LitigationDocketRequests@troutman.com, OCCcourtnotices@troutman.com, carla.llarena@troutman.com, erin.edwards@troutman.com, ethan.ostroff@troutman.com, evelyn.duarte@troutman.com, fslecfintake@troutman.com, punit.marwaha@troutman.com

Michael Kind     mk@kindlaw.com, 9868081420@filings.docketbird.com

David Ernesto Chavez     chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com, lvdocket@ballardspahr.com

Gerardo Avalos     gavalos@freedomlegalteam.com, 3523372420@filings.docketbird.com

Rachael Swernofsky     rswernofsky@qslwm.com, jacosta@qslwm.com, kmclemore@qslwm.com

Gia Marina     gmarina@clarkhill.com, julmer@clarkhill.com, kking@clarkhill.com,

tbain@clarkhill.com

Karyna Armstrong     karmstrong@mcdonaldcarano.com, mcarter@mcdonaldcarano.com

                                                              */s/ Tonya Sessions*
                                                   An employee of Wright Finlay & Zak LLP