Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC, TD Auto Finance, LLC,<br><br>       Defendants. | CASE NO.  2:22-cv-01338-RFB-VCF<br><br>**Stipulation and Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Amended Complaint**<br><br>**(Third Request)** |

        Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Shawn Walker's Amended Complaint is due December 9, 2022.  Chase has requested, and Plaintiff has agreed, that Chase have up to and including December 28, 2022, to respond to Plaintiff's complaint, to provide time for the parties to continue discussing a potential early resolution of plaintiff's claims.

[continued on following page]

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #404971890 v1

This is the third request for an extension of this deadline, and it is made in good faith and not for purposes of delay.

Dated:  December 9, 2022

BALLARD SPAHR LLP

By:  /s/ David E. Chavez
Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant JPMorgan
Chase Bank, N.A.*

FREEDOM LAW

By:  /s/ Gerardo Avalos
Gerardo Avalos
Nevada Bar No. 15171
8985 S Eastern Ave, Suite 350
Las Vegas, NV 89123
702-880-5554
gavalos@freedomlegalteam.com

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  12-12-2022
_____

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070