1  Joel E. Tasca
   Nevada Bar No. 14124
2  David E. Chavez
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC, TD Auto Finance, LLC,<br><br>    Defendants. | CASE NO.  2:22-cv-01338-RFB-VCF<br><br>**Stipulation and Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Amended Complaint**<br><br>**(Fourth Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Shawn Walker's Amended Complaint is due December 28, 2022. Chase has requested, and Plaintiff has agreed, that Chase have up to and including January 11, 2023, to respond to Plaintiff's complaint, to provide time for the parties to continue discussing a potential early resolution of plaintiff's claims and to accommodate holiday and vacation travel by Chase's counsel.

[continued on following page]

DMFIRM #404971890 v1

This is the fourth request for an extension of this deadline, and it is made in good faith and not for purposes of delay.

Dated: December 28, 2022

| BALLARD SPAHR LLP | FREEDOM LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gerardo Avalos<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S Eastern Ave, Suite 350<br>Las Vegas, NV 89123<br>702-880-5554<br>gavalos@freedomlegalteam.com |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

DATED  1-5-2023