Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, | Case No.: 2:22-cv-01338-RFB-VCF |
| Plaintiff, | **Stipulation for dismissal of Trans Union LLC with prejudice** |
| v. | |
| Equifax Information Services, LLC et al., | |
| Defendant. | |

STIPULATION - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawn Walker and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union LLC with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 12, 2023.

| KIND LAW | ALVERSON TAYLOR & SANDERS |
|---|---|
| /s/ Michael Kind | /s/ Kurt Bonds |
| Michael Kind, Esq. | Kurt Bonds, Esq. |
| 8860 South Maryland Parkway, Suite 106, Las Vegas, Nevada 89123 | 6605 Grand Montecito Parkway, Suite 200, Las Vegas, NV 89149 |
| FREEDOM LAW FIRM | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| /s/ George Haines | /s/ Rachael Swernofsky |
| George Haines, Esq. | Rachael Swernofsky, Esq. |
| 8985 S. Eastern Ave., Suite 350 | 6900 N. Dallas Parkway Suite 800 |
| Las Vegas, Nevada 89123 | Plano, TX 75024 |
| *Counsel for Plaintiff Shawn Walker* | *Counsel for Trans Union LLC* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
**United States District Court**

DATED this 20th day of January, 2023.