Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, | Case No.: 2:22-cv-01338-RFB-VCF |
| Plaintiff, | |
| v. | **Stipulation for dismissal of 1st United Credit Union with prejudice** |
| Equifax Information Services, LLC et al., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawn Walker and 1st United Credit Union stipulate to dismiss Plaintiff's claims against 1st United Credit Union with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 25, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawn Walker*

**ANDERSON MCPHARLIN & CONNERS, LLP**

/s/ Carleton R. Burch
Carleton R. Burch, Esq.
Brian Bradford, Esq.
601 South 7th Street
Las Vegas, Nevada 89101
*Counsel for 1st United Credit Union*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of January, 2023.

STIPULATION                - 2 -