Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, Ally Financial, Inc., Capital One Services, LLC, 1st United Credit Union, Bank of America, N.A., CarMax Auto Superstores, Inc., JPMorgan Chase Bank, N.A., CoreLogic Credco, LLC, TD Auto Finance, LLC,<br><br>　　Defendants. | CASE NO. 2:22-cv-01338-RFB-VCF<br><br>**Stipulation and Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Amended Complaint**<br><br>**(Sixth Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Shawn Walker's Amended Complaint is due February 1, 2023. Chase has requested, and Plaintiff has agreed, that Chase have up to and including February 15, 2023, to respond to Plaintiff's complaint. The parties have settled one claim against Chase in principle, and the additional time will allow the parties to continue discussing a potential early resolution of plaintiff's remaining claims.

[continued on following page]

This is the sixth request for an extension of this deadline, and it is made in good faith and not for purposes of delay.

Dated: February 1, 2023

| BALLARD SPAHR LLP | FREEDOM LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gerardo Avalos<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S Eastern Ave, Suite 350<br>Las Vegas, NV 89123<br>702-880-5554<br>gavalos@freedomlegalteam.com |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-8-2023