# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SHAWN WALKER,

        Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, et al.,

        Defendant(s).

2:22-cv-01338-RFB-VCF

**ORDER**

Before the Court is the notice of settlement between plaintiff and Corelogic Credco, LLC (ECF NO. 110).

Accordingly,

IT IS HEREBY ORDERED that plaintiff and Corelogic Credco, LLC must file a proposed stipulation and order for dismissal on or before May 19, 2023.

DATED this 17th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE