Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker,<br>            Plaintiff,<br> v.<br>Equifax Information Services, LLC et al.,<br>            Defendants. | Case No.: 2:22-cv-01338-RFB-VCF<br><br>**Stipulation for dismissal of Capital One, N.A.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Shawn Walker and Defendant Capital One Auto Finance, A division of Capital One, N.A., erroneously sued as "Capital One, N.A., successor-by-merger to Capital

One Bank (USA), N.A., and Capital One Services, LLC" (hereinafter, "Capital One"), stipulate to dismiss Plaintiff's claims against Capital One, N.A. Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 29, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawn Walker*

**MCDONALD CARANO WILSON**

/s/ Karyna Armstrong
Karyna Armstrong, Esq.
2300 W. Sahara Avenue Suite 1200
Las Vegas, NV 89102
*Counsel for Capital One, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of March, 2023.

STIPULATION            - 2 -