Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker,<br><br>              Plaintiff,<br><br>   v.<br><br>Equifax Information Services, LLC et al.,<br><br>              Defendants. | Case No.: 2:22-cv-01338-RFB-VCF<br><br>**Stipulation for dismissal of CoreLogic Credco, LLC with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawn Walker and CoreLogic Credco, LLC stipulate to dismiss Plaintiff's claims against CoreLogic Credco, LLC with prejudice.

STIPULATION - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 27, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawn Walker*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Stephen Lozier
Brody Wight, Esq.
Stephen Lozier, Esq.
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
*Counsel for CoreLogic Credco, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th day of April, 2023.

STIPULATION                         - 2 -