Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker,<br><br>                    Plaintiff,<br><br>   v.<br><br>Equifax Information Services, LLC et al.,<br><br>                    Defendants. | Case No.: 2:22-cv-01338-RFB-VCF<br><br>**Stipulation for dismissal of CoreLogic Credco, LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawn Walker and CoreLogic Credco, LLC stipulate to dismiss Plaintiff's claims against CoreLogic Credco, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 27, 2023.


KIND LAW

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123


FREEDOM LAW FIRM

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawn Walker*


TROUTMAN PEPPER HAMILTON SANDERS LLP

 /s/ Stephen Lozier
Brody Wight, Esq.
Stephen Lozier, Esq.
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
*Counsel for CoreLogic Credco, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th day of April, 2023.

STIPULATION                              - 2 -