Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker,<br><br>　　　　Plaintiff,<br>v.<br><br>Equifax Information Services, LLC et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01338-RFB-VCF<br><br>**[Second] Status Report re: Settlement between Shawn Walker and Equifax Information Services LLC** |

　　The dispute between Plaintiff Shawn Walker ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") has been resolved. The parties have reached settlement terms.

　　Defendant is finalizing the agreement. Plaintiff expects to file dismissal documents within the next few weeks. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with prejudice.

STATUS REPORT　　　　　　　　　　　　　- 1 -

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before June 2, 2023 to file dismissal documents.

Dated: May 3, 2023.

Respectfully submitted,

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Shawn Walker*

APPROVED:

DATED this 4th day of May, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge

STATUS REPORT                                          - 2 -