Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Walker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Walker,<br>　　　　Plaintiff,<br>v.<br><br>Equifax Information Services, LLC et al.,<br>　　　　Defendants. | Case No.: 2:22-cv-01338-RFB-VCF<br><br>**Stipulation for dismissal of Bank of America, N.A. with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawn Walker and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

---

STIPULATION　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 5, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawn Walker*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Jory C. Garabedian
Jory C. Garabedian, Esq.
Ramir Hernandez, Esq.
Darren Brenner, Esq.
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 6, 2023